setting aside a verdict in favor of plaintiff and granting a new trial and reinstated said verdict.

*Rowland Miles* for appellant.

*Willard N. Baylis* and *Robert S. Snevily* for respondent.

Appeal dismissed, with costs, on ground that the Appellate Division having unanimously reinstated the verdict leave to appeal was necessary (*Burns Mfg. Co. v. Clinchfield Products Corp.*, 231 N. Y. 561); no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Estate of DANIEL R. HANNA, Deceased.

JANE A. EVANS, Appellant; MARK A. HANNA et al., Respondents.

*Appeal — unanimous affirmance of orders denying motion for trial by jury of issues arising on claims against decedent's estate — appeal to Court of Appeals without permission dismissed.*

*Matter of Hanna (Estate)*, 208 App. Div. 813, appeals dismissed. (Argued June 2, 1924; decided June 6, 1924.)

MOTIONS to dismiss appeals from orders of the Appellate Division of the Supreme Court in the second judicial department, entered March 14, 1924, which affirmed orders of the Westchester County Surrogate's Court denying applications for trial by jury of issues arising under a claim against the estate of Daniel R. Hanna, deceased. The motion was made upon the ground that the decisions of the Appellate Division were unanimous and that permission to appeal had not been obtained.

*Arthur R. Wilcox* for motion.

*Anthony J. Ernest* opposed.

Motions to dismiss appeals granted and appeals dismissed, with costs and ten dollars costs of one motion.